# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2735
_____

JUAN FRANCISCO VEGA,

Petitioner,

v.

SHEVAUN HARRIS, Secretary of
DCF,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

August 14, 2024

PER CURIAM.

DISMISSED.

LEWIS, B.L. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Juan Francisco Vega, pro se, Petitioner.

No appearance for Respondent.